UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

ROBERT AMBROSINI,

                                  Plaintiff,

              -against-

ATRIA MANAGEMENT COMPANY, LLC,

                                Defendant.

Case No. 21-cv-4202
(DRH-AKT)

------------------------------------------------------------------------ X

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all of the parties in the above-entitled Action, the above entitled Action be, and the same herby is, dismissed with prejudice, without costs to any party as against the other.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and exchanged via facsimile or electronic mail, and the facsimile or electronic copy of this Stipulation may be filed with the Court in lieu of the original.

| VANDAMME LAW FIRM, P.C. | FISHER & PHILLIPS LLP |
|---|---|
| By _/s/ Hendrick Vandamme_<br>    Hendrick Vandamme, Esq.<br>46 Trinity Place, 3rd Floor<br>New York, New York 10006<br>212-641-0613/212-851-6916 | By _/s/ Melissa Camire_<br>    Melissa J. Camire<br>The New York Times Building<br>620 Eighth Avenue, 36th Floor<br>New York, NY 10018<br>212-899-9960 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Dated:  August 4,   , 2021 | Dated: August 4, 2021 |